UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
U.S. Bank National Association,
        Plaintiff(s),                    12  Civ.  4873  (CM) (GWG)

-against-                                **AMENDED**
                                                CALENDAR NOTICE

Bank of America, N.A., et al.,
        Defendant(s).
-------------------------------------------------X

        Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial Conference | ___Status Conference | ___Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| _X_Rule (16) conference | ___Final pre-trial conference | ___Fairness Hearing |
| ___Telephone Conference | ___Jury Selection and Trial | ___OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**to Friday, November 9, 2012 at 9:30 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

        Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: September 17, 2012
       New York, New York

                                             So Ordered

                                             _____
                                             Colleen McMahon, U.S.D.J

USDC
DOCU...
ELECTRO...
DOC #: _____
DATE FILED: 9/17/12